**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TRACEY-ANN HENRY,

Plaintiff,

Case No. 6:22-cv-01465-RBD-LHP

v.

MCR PROPERTY MANAGEMENT, LLC,

Defendant.
_______________________________________/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, MCR Fund Property Management LLC, incorrectly identified as MCR Property Management, LLC (MCR), by and through its undersigned attorneys, files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.03 and Rule 7.1 of the Federal Rules of Civil Procedure, and states as follows:

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates,

affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

a. Tracey-Ann Henry, Plaintiff.

b. Amanda E. Heystek and Daniel E. Kalter, Wenzel Fenton Cabassa, P.A., counsel for Plaintiff.

c. MCR Fund Property Management LLC, incorrectly identified as MCR Property Management, LLC, Defendant.

d. Ashley Wydro, Sessions, Israel & Shartle, LLC, counsel for Defendant, MCR.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

MCR Fund Property Management LLC is a wholly owned subsidiary of MCR Investors LLC, and no publicly held corporation owns 10% or more of its stock.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

Tracey-Ann Henry, Plaintiff.

_X_ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

___ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: September 26, 2022

Respectfully Submitted,

*/s/ Ashley Wydro*
Ashley Wydro, Esq.
Florida Bar No. 0106605
SESSIONS, ISRAEL & SHARTLE, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5327
Facsimile: (877) 334-0661
awydro@sessions.legal

**Counsel for Defendant,**
**MCR Fund Property Management LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2022, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Amanda E. Heystek
Daniel E. Kalter
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
aheystek@wfclaw.com
dkalter@wfclaw.com
rcooke@wfclaw.com

*/s/ Ashley Wydro*
Attorney