UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRACEY-ANN HENRY,

Plaintiff,

v. CASE NO.: 6:22-cv-01465-RBD-LHP

MCR PROPERTY
MANAGEMENT, LLC,

Defendant.
___________________/

**PLAINTIFF'S VERIFIED ANSWERS**
**TO COURT'S INTERROGATORIES**

Plaintiff, **TRACEY-ANN HENRY**, by and through her attorney, the undersigned, hereby files her Verified Answers to the Court's Interrogatories.

1. During what period of time were you employed by the Defendant?
**Plaintiff was employed by Defendant from December 2019 through August 2021**.

2. Who was your immediate supervisor?
**Plaintiff's immediate supervisor was Dave Sensabaugh**.

3. Did you have a regularly scheduled work period? If so, specify.
**Plaintiff's schedule varied from week to week.**

4. What was your title or position? Briefly describe your job duties.
**Plaintiff was initially hired as a Cook. Her primary duties included placing food and beverage orders, cooking, cleaning and serving food. She was then promoted to Food and Beverage Manager on or about January 2021 and in addition to her duties as a Cook, she was also instructed to handle inventory and stocking.**

5. What was your regular rate of pay?
**Plaintiff's regular hourly rate of pay is $16.27.**

6. What is the nature of your claim (check all that apply)?

___ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

_X_ Misclassification (Defendant mistakenly classified you as exempt from overtime);

___ Miscalculation (Defendant failed to correctly calculate your compensation);

___ Other (Please Describe):

7. Provide an accounting of your claim, including:

(a) dates
**January 2021 to August 2021.**

(b) regular hours worked
**40 hours per week**

(c) over-time hours worked
**Approximately 25 hours per week**

(d) pay received versus pay claimed
**Plaintiff was only paid for 40 hours and was not paid overtime from January 2021 through August 2021.**

(e) total amount claimed
**Prior to the completion of discovery, Plaintiff makes her good faith calculation of unpaid overtime herein for the time she was employed with Defendant:**

**25 (OT hrs p/wk) x $8.14 (.5 rate) x 31 (wks) = $6,308.50**

**TOTAL: $6,308.50, excluding liquidated damages, fees and costs.**

8. If you have brought this case as a collective action: **N/A**

(a) Describe the class of employees you seek to include in this action.

(b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

**Plaintiff's attorney fees and costs are pending as case is ongoing. Attorney Amanda E. Heystek bills at an hourly rate of $ 400.00 per hour. To date, 15 hours have been spent on this case, and costs of $494.30.**

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

**On or about August 17, 2022, Defendant was notified by Plaintiff's attorney of Plaintiff's allegations of violations of the FLSA.**

11. Was this complaint written or oral? (If a written complaint, please attach a copy).

**Written**

12. What was your employer's response? (If a written response, please attach a copy).

**Defendant denies any wrongdoing.**

Dated this 24th day of October, 2022.

Respectfully submitted,

*s/ Amanda E. Heystek*
**AMANDA E. HEYSTEK**
Florida Bar Number: 0285020
Direct Dial: 813-379-2560
**DANIEL E. KALTER**
Florida Bar No.: 1025094
Direct Dial: 813-438-8821
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Facsimile: 813-229-8712
Email: aheystek@wfclaw.com
Email: dkalter@wfclaw.com
Email: rcooke@wfclaw.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of October, 2022, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/ Amanda E. Heystek*
**AMANDA E. HEYSTEK**

**Declaration Under Penalty of Perjury (28 USC § 1746)**

I, **TRACEY-ANN HENRY**, declare under penalty of perjury that the foregoing answers to PLAINTIFF'S VERIFIED ANSWERS TO COURT'S INTERROGATORIES are accurate and true to my knowledge.

Executed on __10 / 20 / 2022________________.

T Henry
**TRACEY-ANN HENRY**



Doc ID: 855ba44ac9251239dc9385070d37cde0fc77291b